# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CASE NO.: 7:24-CR-00038 (WLS) |
| | : |
| DE'ANDRE KENTERRIOUS LAMARION MCLARIN *et al.*, | : |
| | : |
| Defendants. | : |
| | : |

## ORDER

The Court intends to notice this case for the February 2026 trial term. Parties' counsel shall review the case, confer, and inform the Court no later than **Wednesday, November 26, 2025,** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration; **otherwise, this case will be noticed for a pretrial conference.**

**SO ORDERED**, this 13th day of November 2025.

　　　　　　　　　　　　　　　　　/s/ W. Louis Sands
　　　　　　　　　　　　　　　　**W. LOUIS SANDS, SR. JUDGE**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**

1