**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-00038 (WLS) |
| | : | |
| DE'ANDRE KENTERRIOUS | : | |
| LAMARION MCLARIN *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

The United States Probation Office informed the Court that it needs more time to complete Defendant McClarin's Presentence Investigation Report because not all discovery was received when USPO began the report. After USPO requested complete discovery from the Government, the file took a week to download because of its volume. USPO requests that Defendant McClarin's sentencing hearing be rescheduled for the middle or end of April. USPO stated they contacted Counsel for the Defendant and Government and there was no objection to continuing the sentencing hearing. As such, the Court finds that a continuance of the sentencing hearing is warranted. Accordingly, the sentencing hearing is **CONTINUED**. The Court will set the hearing by separate order or notice.

**SO ORDERED**, this 18th day of February 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**

1