**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CR-00038 (WLS) |
| | : | |
| DE'ANDRE KENTERRIOUS | : | |
| LAMARION MCLARIN *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

The Court held a hearing in the above-captioned case on April 1, 2026, to address Defendant McClarin's possible refusal (Doc. 188) to read his presentence investigation report (PSR) because the Court would not let him keep and possess a copy of it. This Order memorializes that hearing. At the hearing, the Court advised McClarin of his right to review the PSR but explained he may not keep a copy because of safety and confidentiality concerns. The Court advised McClarin he has the right to object to the content in the PSR and request changes. The Court also explained possible negative consequences that might result from his failure to review and discuss the PSR with his attorney. McClarin acknowledged that he has and understands these rights and indicated he does not wish to waive them. McClarin accepted the opportunity to further review and discuss his PSR with Counsel. McClarin and his Counsel stated they would review the PSR together in the near future. To ensure sufficient time to review, Counsel for Defendant, without objection, will move the Court to continue the scheduled sentencing hearing.

**SO ORDERED**, this 2nd day of April 2026.

/s/ **W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1