**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

INSERT PLAINTIFF NAME(S),

Plaintiff,

v.

DE'ANDRE KENTERRIOUS LAMARION McCLARIN,

Defendant.

CASE NO.: 7:24-CR-00038-WLS-ALS

**ORDER**

Defendant De'Andre Kenterrious Lamarion McClarin moves to continue his sentencing hearing from September 23, 2026, to October 28, 2026. (Doc. 264.)

McClarin filed his objections to the Presentence Investigation Report on Friday, September 4, 2026. (Doc. 264 ¶ 5.) In communicating with defense counsel concerning the objections, Probation Officer Ty Ransom asked defense counsel to request that the Court continue the sentencing hearing because she is in training for the next two weeks. (*Id.* ¶ 6.) Defense counsel therefore submits that a continuance is essential to protect McClarin's right to a fair hearing, adequate preparation, effective assistance of counsel, and due process. (*Id.* ¶ 8.) Defense counsel also submits that he has conferred with counsel for the Government, and that the government opposes a continuance of more than thirty days. (*Id.* ¶ 9.)

The Court finds that a continuance is necessary to allow the parties to adequately prepare for the sentencing hearing. McClarin's motion for a continuance, (Doc. 264), is **GRANTED**. The sentencing hearing currently scheduled for Wednesday, September 23, 2026, at 3:00 P.M. is therefore **CANCELLED**. The Court continues the sentencing hearing is continued to **Thursday, October 28, 2026, at 3:00 P.M.**

**SO ORDERED**, this 11th day of September, 2026

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**