**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | **CASE NO:** |
| | : | **7:24-cr-38–WLS-ALS-1** |
| **DE'ANDRE KENTERRIOUS LAMARION MCCLARIN,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Defendant De'Andre Kenterrious Lamarion McClarin's ("McClarin") sentencing hearing is scheduled for Wednesday, October 28, 2026. The Court acknowledges McClarin's Notice of Counsel's Scheduling Conflict (Doc. 272) ("Notice") filed October 9, 2026. Therein, Defendant's Counsel notifies the Court that during the week of October 28, 2026, he also has criminal jury trials scheduled in Superior Court of Early County. The Court acknowledges Defense Counsel's Notice and agrees that proceeding with the sentencing hearing in this case has priority over the state court criminal jury trials.

Accordingly, the sentencing hearing in this matter will proceed as scheduled on October 28, 2026, at 3:00 p.m.

**SO ORDERED**, this 15th day of October 2026.

/s/W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**